**FILED**

08/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0257

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0257

| | |
|---|---|
| TONY C. PHIPPS and MINDY L. PHIPPS, <br><br> Plaintiffs/Appellants, <br><br> v. <br><br> OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; SECURITY TITLE AND ABSTRACT COMPANY; and JOHN DOES I-V, <br><br> Defendants/Appellees. | **ORDER GRANTING 30-DAY EXTENSION** |

Pursuant to Mont. R. App. P. 26(1) and upon Uncontested Motion of Appellees for an extension of time to file its Brief, and there being no objection from Appellants, IT IS HEREBY ORDERED that Appellees are granted a thirty-day extension, up to and including October 2, 2020, within which to file the Response Brief.

Dated this ___ day of August, 2020.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 24 2020